UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
:
UNITED STATES OF AMERICA, : **RESTITUTION ORDER**
         -v- : 16 Cr. 715 (JSR)
HAROLD LEVINE, :
         **Defendant.** :
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

     Pursuant to this Court's Memorandum Order dated December 15, 2017, and having found that the payment of restitution is appropriate, based on unpaid taxes owed by HAROLD LEVINE on $2,936,878 in unreported income, plus accrued interest to the date December 22, 2017, defendant HAROLD LEVINE is hereby ORDERED to pay restitution to the Internal Revenue Service in the principal and interest amounts listed below, for the tax years listed below, in accordance with the terms of his plea agreement and pursuant to 18 U.S.C. § 3663(a)(3):

| TAX YEAR | TAX DUE & OWING | ACCRUED INTEREST | TOTAL |
|---|---|---|---|
| 2005 | $25,713.00 | $17,057.35 | $42,770.35 |
| 2006 | $399,583.00 | $215,256.13 | $614,839.13 |
| 2007 | $414,100.00 | $175,948.66 | $590,048.66 |
| 2008 | $146,757.00 | $51,348.14 | $198,105.14 |
| 2009 | $43.00 | $12.77 | $55.77 |
| 2010 | $40,418.00 | $10,071.47 | $50,489.47 |
| 2011 | $19,060.00 | $3,938.36 | $22,998.36 |
| TOTALS | $1,045,674.00 | $473,632.88 | $1,519,306.88 |

The Bureau of Prisons is directed to deduct from defendant HAROLD LEVINE's resources the maximum amount permitted under 28 C.F.R. § 545.11.

Defendant HAROLD LEVINE shall make all restitution payments, except those payments made through the Federal Bureau of Prisons, to:

> United States District Court
> for the Southern District of New York
> Clerk's Office–Restitution
> 500 Pearl Street
> New York, New York 10007

Defendant HAROLD LEVINE shall include, with his restitution payment(s) transmitted to the Clerk of the District Court, his name, the District Court's docket number assigned to the case (16 Cr. 715 (JSR)), and a request that this identifying information be transmitted by the Clerk, together with his payment(s), to the Internal Revenue Service at the following address:

> IRS-RACS
> Attn: Mail Stop 6261, Restitution
> 333 W. Pershing Ave.
> Kansas City, MO 64108

SO ORDERED

_____
THE HONORABLE JED S. RAKOFF
United States District Judge

Dated: December 22, 2017
New York, New York