UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             v.<br><br>HAROLD LEVINE,<br><br>         Defendant. | 16-cr-715 (JSR)<br><br>ORDER |

JED S. RAKOFF, U.S.D.J.

On June 12, 2017, Harold Levin pled guilty to one count of Obstructing and Impeding Administration of IRS Laws in violation of 26 U.S.C. § 7212(a), and one count of Tax Evasion in violation of 26 U.S.C. § 7201. On October 11, 2017, the Court sentenced Levine to a term of imprisonment of twenty-four months, to be followed by three years post-release supervision, and a restitution obligation of $1,519,306.88. Levine has completed his term of imprisonment, as well as over one year of his term of supervised release, which began on April 5, 2019. Moreover, Levine is in compliance with his restitution obligations.

On consent of the Probation Department and without opposition from the Government, Levine now moves for early termination of his term of supervised release. Because Levine has served at least one year of supervised release, and the Court is satisfied that early termination is warranted by the

conduct of the defendant and the interest of justice, Levine's motion is granted. See 18 U.S.C. § 3583(e).

    SO ORDERED.

Dated:    New York, NY

        April 27, 2020

_____
United States District Judge